

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| IN THE INTEREST OF N.R.S., A CHILD,<br><br>Appellant. | § <br> § <br> § <br> § <br> § <br> § <br> § | No. 08-21-00163-CV<br><br>Appeal from the<br><br>112th District Court<br><br>of Crockett County, Texas<br><br>(TC# 21-02-08131-CV) |

## **O R D E R**

Don Payne's Motion to Withdraw is granted. In addition to any other requirements of Tex.R.App.P. 6.5, Don Payne is ordered to communicate to the trial court that his Motion to Withdraw has been granted by the Court of Appeals and that trial court should promptly move to appoint new appellate counsel. The case has been submitted at the Court of Appeals and is subject to being decided at any time.

IT IS SO ORDERED this 8th day of July, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.